United States District Court
Southern District of Texas
**ENTERED**
February 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARQUISE FOSTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00414 |
| | § | |
| SITEL OPERATING CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the Joint Motion to Transfer Venue. Dkt. 21. Having reviewed the motion and the applicable law, the Court **GRANTS** the motion and **ORDERS** that this case be transferred to the **Middle District of Tennessee**. *See* 28 U.S.C. § 1404(a).

SIGNED at Galveston, Texas, this 14th day of February, 2019.

_____
George C. Hanks Jr.
United States District Judge

1 / 1