IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARQUISE FOSTER, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>SITEL OPERATING CORPORATION,<br><br>    Defendant. | NO. 3:19-cv-00148<br><br>JUDGE RICHARDSON |

## ORDER

Pending before the Court is Plaintiff's Motion for Conditional Certification and Notice to Putative Class Members. (Doc. No. 39). For the reasons discussed in the accompanying Memorandum Opinion, Plaintiff's Motion for Conditional Certification is **GRANTED**.

The Court **ORDERS** the parties to meet and confer regarding the substance of the notice and the proposed notice and consent protocol. The parties shall submit a joint report to the Court no later than **FOURTEEN DAYS** after the date of this Order. If the parties cannot agree on a protocol, or the language of the notice, then by that same date (1) Plaintiff shall file her proposed notice language and notice and consent protocol, and (2) Defendant shall separately file specific objections as to points of disagreement. If this occurs, Plaintiff may respond within five days. The Court will consider extending this time frame if requested, especially in light of the current COVID-19 pandemic. Additionally, the Court will defer the deadline by which Defendant is required to turn over information regarding the putative class members until all notice protocol issues are resolved.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE