# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**MARQUISE FOSTER,** *et al.*,
**Individually and on behalf of all others similarly situated,**

    **Plaintiffs,**

v.

**SITEL OPERATING CORPORATION,**

    **Defendant.**

Civil Action No. 3:19-cv-00148

## JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

Plaintiff Marquise Foster, by and through her undersigned counsel, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Sitel Operating Corporation ("Sitel"), (together, the "Parties"), file this Joint Motion for Settlement Approval and Dismissal with Prejudice ("Motion") seeking the Court's approval of the Settlement, specifically, the Settlement Agreement, attached hereto as Exhibit 1, along with all exhibits thereto ("Settlement Agreement"). Approval of the proposed Settlement Agreement is further supported by the attached Memorandum of Law. Plaintiffs further state:

1.     A *bona fide* dispute exists between Plaintiffs and Defendant.

2.     The terms and conditions of the proposed settlement between Plaintiffs and Defendant, as defined and described in the Settlement Agreement, are fair, reasonable, and adequate.

3.     The form of the Notice of Settlement and the method of disseminating this information to the Collective, as described in the Settlement Agreement are fair, reasonable, and adequate to the Collective.

4. That the method of allocating a settlement award to each member of the Settlement Collective is fair, reasonable, and adequate.

5. That the attorneys' fees and costs are fair, reasonable, and adequate.

Respectfully submitted,  Dated: May 10, 2023

ANDERSON ALEXANDER, PLLC

/s/ *Clif Alexander*
**Clif Alexander** (*Admitted Pro Hac Vice*)
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (*Admitted Pro Hac Vice*)
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (*Admitted Pro Hac Vice*)
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**MORGAN & MORGAN, P.A.**

/s/ *C. Ryan Morgan*
**C. Ryan Morgan, Esq.** *(Admitted Pro Hac Vice)*
FBN 0015527
N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 867-4791
Email: rmorgan@forthepeople.com

/s/ *Paul M. Botros*
**Paul M. Botros, Esq**. *(Admitted Pro Hac Vice)*
FBN 0063365
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone:    (954) 327-5352
Facsimile:    (954) 327-3017
Email: pbotros@forthepeople.com

**ATTORNEYS FOR PLAINTIFFS**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/*Patrick F. Hulla*
**Patrick F. Hulla** (*Admitted Pro Hac Vice)*
700 West 47th Street, Suite 500
Kansas City, MO 64112
816-471-1301 (*phone*)
816-471-1303 *(facsimile)*
patrick.hulla@ogletree.com

Wendy Miller, KY # 96052
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
615-687-2217
wendy.miller@ogletree.com

Corissa L. Pennow (A*dmitted Pro Hac Vice)*
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
414-239-6415 (phone)
Corissa.pennow@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically filed the foregoing, Joint Status Report and Notice of Settlement, with the clerk of the court for the U.S. District Court, Middle District of Tennessee using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              /s/ *Clif Alexander*
                                              **Clif Alexander**